UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEXINGTON INSURANCE COMPANY** | * |
|    Plaintiff | *   CIVIL ACTION NO. |
| | * |
| **VERSUS** | * |
| | *   JUDGE |
| **DARLENE M. JACOBS** | * |
|    Defendant | * |
| | *   MAGISTRATE JUDGE |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**LEXINGTON INSURANCE COMPANY'S
COMPLAINT FOR DECLARATORY JUDGMENT**

Lexington Insurance Company ("Lexington" or "Plaintiff") respectfully submits this Complaint for Declaratory Judgment against Darlene M. Jacobs ("Jacobs" or "Defendant"), and alleges as follows:

**I.   The Parties**

1.

Lexington is a Delaware corporation with its principal place of business in Massachusetts.

2.

Jacobs is a natural person who is domiciled in Louisiana.

**II.   Jurisdiction and Venue**

3.

This Court has jurisdiction over the subject matter of this case pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between Plaintiff and Defendant and the amount in controversy exceeds $75,000.00.

4.

Venue is proper in this Court pursuant to 28 U.S.C. § 1391, because this action concerns real and personal property located in this judicial district, and is where a substantial part of the events at issue took place.

### III.    Factual Background

5.

Lexington issued a commercial lines insurance policy to Defendant bearing policy number 026709641 for a policy period of May 17, 2021 to May 17, 2022 ("the Lexington Policy").

6.

On August 29, 2021, Hurricane Ida made landfall in Louisiana.

7.

Defendant submitted a claim to Lexington for damage to various properties, to which Lexington assigned claim number 6744978092US. The properties insured under the Lexington Policy are located at the following addresses:

- 823-825 Atlantic Avenue, New Orleans, Louisiana 70114;
- 917-919 Atlantic Avenue, New Orleans, Louisiana 70114;
- 827-829 Atlantic Avenue, New Orleans, Louisiana 70114;
- 1307-1309 Bourbon Street, New Orleans, Louisiana 70116;
- 833 Conti Street, New Orleans, Louisiana 70112;
- 530-538 Madison Street, New Orleans, Louisiana 70116;
- 909-911 St. Ann Street, New Orleans, Louisiana 70116;
- 918-20 ½ St. Ann Street, New Orleans, Louisiana 70116;
- 823 St. Louis Street, New Orleans, Louisiana 70112;

- 826-828 St. Louis Street, New Orleans, Louisiana 70112;

- 938-942 St. Peter Street, New Orleans, Louisiana 70116;

- 634 Burgundy Street, New Orleans, Louisiana 70116;

- 1320-1322 Calhoun Street, New Orleans, Louisiana 70118;

- 1900-1902 Constantinople Street, New Orleans, Louisiana 70115;

- 1904-1906 Constantinople Street, New Orleans, Louisiana 70115;

- 1908-1910 Constantinople Street, New Orleans, Louisiana 70115;

- 4300 S. Dourgenois Street, New Orleans, Louisiana 70115;

- 4015 Dryades Street, New Orleans, Louisiana 70115;

- 711 Peniston Street, New Orleans, Louisiana 70115;

- 5914-5918 Prytania Street, New Orleans, Louisiana 70115;

- 2727 S. Claiborne Avenue, New Orleans, Louisiana 70125;

- 1300-1302 Magazine Street, New Orleans, Louisiana 70130;

- 2300-2302 Royal Street, New Orleans, Louisiana 70117;

- 627 Marigny Street, New Orleans, Louisiana 70117;

- 708-710 Mazant Street, New Orleans, Louisiana 70117;

- 818-820 Piety Street, New Orleans, Louisiana 70117;

- 823-825 Piety Street, New Orleans, Louisiana 70117;

- 1123 Royal Street, New Orleans, Louisiana 70116;

- 1742-1744 N. Rocheblave Street, New Orleans, Louisiana 70119;

- 5151 Canal Boulevard, New Orleans, Louisiana 70124;

- 1306-1308 Royal Street/ 641 Barracks Street, New Orleans, Louisiana 70116;

- 1114-1116 Arabella Street, New Orleans, Louisiana 70115;

- 640-642 Dauphine Street, New Orleans, Louisiana 70112;
- 4001-4003 Dauphine Street, New Orleans, Louisiana 70117;
- 728 Dumaine Street, New Orleans, Louisiana 70116;
- 1641-1644 Louisiana Avenue, New Orleans, Louisiana 70115;
- 707-709 St. Charles Avenue, New Orleans, Louisiana 70130;
- 4425 Tabony St. A-D, Metairie, Louisiana 70006;
- 4501 Tabony St. A-D, Metairie, Louisiana 70006;
- 2516-2518 Amelia Street, New Orleans, Louisiana 70115;
- 1128-1130 Arabella Street, New Orleans, Louisiana 70115;
- 2601 General Taylor Street, New Orleans, Louisiana 70115;
- 1644-1646 N. Claiborne Avenue, New Orleans, Louisiana 70116;
- 2334-2336 N. Claiborne Avenue, New Orleans, Louisiana 70116;
- 3045-3047 Derbigny Street, New Orleans, Louisiana 70117;
- 2911-2913 General Taylor Street, New Orleans, Louisiana 70115;
- 2923-2925 General Taylor Street, New Orleans, Louisiana 70115;
- 1705-1707 Mandeville Street, New Orleans, Louisiana 70117;
- 1925-1927 Orleans Avenue, New Orleans, Louisiana 70116;
- 2915-2917 St. Phillip Street, New Orleans, Louisiana 70119;
- 224-226 S. White Street, New Orleans, Louisiana 70119;
- 2528-2530 Marengo Street, New Orleans, Louisiana 70115;
- 3726 S. Galvez Street, New Orleans, Louisiana 70115;
- 5811-5815 E. Judge Perez Drive, Violet, Louisiana 70092;
- 1836-1838 Joliet Street, New Orleans, Louisiana 70118;

- 3722-3724 S. Galvez Street, New Orleans, Louisiana 70125;
- 26300 Standard Dedeaux Road, Kiln, Mississippi 39556;
- 1115-1117 Independence Street, New Orleans, Louisiana 70117; and
- 8140 Canal Road, Gulfport, Mississippi 39503.

8.

Upon notice of these alleged damages, Lexington immediately began adjusting Defendant's claim.

9.

To date, Lexington has timely adjusted Defendant's claims and timely and adequately paid Defendant for damages proven during the adjustment of the claim, net of applicable deductibles and other limitations contained in the Lexington Policy. As new information is obtained, Lexington continues to adjust the claim and make supplemental payments as supported by the continuing adjustment.

10.

Despite timely adjustment and payment, a dispute has arisen regarding the amount of the payments issued to Defendant for the damages to properties covered.

11.

Lexington has continually provided Defendant with detailed estimates of the damages to the properties along with enumerated reasons for its tendered payments to Defendant.

12.

Defendant, in contradiction of these estimates and reasons, has submitted, among other unsubstantiated or overinflated alleged losses, Sworn Proofs of Loss to Lexington totaling over $13 million which are not supported by any available documentation.

13.

The large majority of these unfounded Sworn Proofs of Loss simply mirror the coverage limits for each property and do not constitute Satisfactory Proof of Loss as required by Louisiana law.

14.

During the adjustment of the claim, Lexington has provided the insured with several reservation of rights letters, informing the defendant of various exclusions, limitations and conditions included in the Lexington Policy.

**Prayer for Relief**

15.

Declaratory relief is appropriate under 28 U.S.C. § 2201(a) because an actual controversy exists within this Court's jurisdiction. Lexington seeks a declaratory judgment that it has satisfied its obligations under the Lexington Policy and has adequately adjusted and sufficiently paid Defendant's claims.

16.

Additionally, Lexington seeks a declaratory judgment that, to the extent Defendant has violated provisions in the Lexington Policy, Defendant is restricted in her ability to further recover for the claims at issue.

17.

WHEREFORE, Lexington Insurance Company respectfully prays that, after all legal delays and due proceedings had, there be judgment herein declaring that Lexington Insurance Company has adequately adjusted and sufficiently paid Defendant pursuant to claim number 6744978092US under Lexington policy number 026709641.

Respectfully submitted,

*/s/ Robert Siegel*
ROBERT I. SIEGEL (Bar No. 12063)
PATRICK O. WEILBAECHER (Bar No. 39383)
**GIEGER, LABORDE & LAPEROUSE, LLC**
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
E-mail: rsiegel@glllaw.com
E-mail: pweilbaecher@glllaw.com
*Attorneys for Lexington Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of April, 2022, the foregoing Declaratory Judgment was filed electronically with the Clerk of Court using the CM/ECF system. I also certify that a copy of the above and foregoing has been forwarded to counsel of record for Defendant by electronic transmission on this 4th day of April, 2022.

*/s/ Robert Siegel*
ROBERT I. SIEGEL

7