UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEXINGTON INSURANCE COMPANY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-891** |
| **DARLENE M. JACOBS** | **SECTION: D (2)** |

## ORDER OF DISMISSAL

The Court has been advised by counsel for the Plaintiff, Lexington Insurance Company, in an email sent to the Court on March 20, 2023, that the parties in this matter have settled all of their claims and have agreed to amicably resolve this dispute.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without costs and **without prejudice** to the right, upon good cause shown, to reopen the action if settlement is not consummated within a reasonable time. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

New Orleans, Louisiana, March 20, 2023.

**WENDY B. VITTER**
**United States District Judge**